UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MEXICO INFRASTRUCTURE FINANCE,        :
LLC,                                   :
                                       :
                      Plaintiff,       :
      -against-                        :                    ORDER
                                       :
THE CORPORATION OF HAMILTON and        :
THE BANK OF NEW YORK MELLON,           :            17-CV-6424 (VSB)(KNF)
                                       :
                      Defendants.      :
----------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that the settlement conference scheduled previously in the

above-captioned action for July 28, 2020, at 10:30 a.m., is cancelled. The parties are directed to

confer and, thereafter, advise the Court of three days on which all parties are available to participate

in a settlement conference.

Dated:  New York, New York                        SO ORDERED:
        July 22, 2020

                                        _Kevin Nathaniel Fox_____
                                        KEVIN NATHANIEL FOX
                                        UNITED STATES MAGISTRATE JUDGE