# ReedSmith
**Driving progress through partnership**

Hyuna (Hana) Yong
Direct Phone: +1 212 549 0299
Email: hyong@reedsmith.com

Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
Phone: +1 412 288 3131
Fax +1 412 288 3063
reedsmith.com

November 3, 2022

**VIA CM/ECF**
The Honorable Judge Denise L. Cote
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:** *Mexico Infrastructure Finance, LLC ("MIF") v. The Corporation of Hamilton ("Hamilton") and The Bank of New York Mellon ("BNY Mellon")*, No. 1:17-cv-06424

Dear Judge Cote:

Pursuant to Your Honor's Civil Practices 1.E, BNY Mellon respectfully requests an emergency adjournment for tomorrow's 11:30 AM pretrial conference in the above-captioned matter. BNY Mellon's lead counsel, Casey Laffey, has unfortunately learned that his father-in-law has had a heart attack tonight and is being rushed to the hospital. This is the first time that BNY Mellon is requesting an adjournment for tomorrow's pretrial conference. MIF and Hamilton consent to this request for an emergency adjournment.

Respectfully submitted,

*Hyuna Yong*

Hyuna Yong

cc:   Counsel of Record (*via NYSCEF*)

*[Handwritten note:]* The parties shall confer and advise the Court by 11/8 whether the conference can proceed on 11/10 at 10:30 a.m.
*Denise Cote*
11/4/22

ABU DHABI ♦ ATHENS ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES
♦ MUNICH ♦ NEW YORK ♦ PARIS
PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-169942243.1-HYONG 11/03/2022 8:15 PM