```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   17cv6424 (DLC)
MEXICO INFRASTRUCTURE FINANCE, LLC,      :
                                         :   ORDER
                              Plaintiff, :
           -v-                           :
                                         :
THE CORPORATION OF HAMILTON, et al.,     :
                                         :
                              Defendants.:
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On November 10, 2022, a Scheduling Order was issued in this action. In that Order, the case was placed on the May 2023 trial ready calendar, and the deadline to file the Joint Pretrial Order was set for April 21, 2023.

On March 28, 2023, the parties jointly requested to adjourn the trial and to extend the deadline for filing the Joint Pretrial Order. On March 29, defendant Bank of New York Mellon ("BNYM") submitted a letter seeking to strike the expert report of Saverio A. Lunetta and noting concerns BNYM had about securing indemnification. That same day, Mexico Infrastructure Finance, LLC ("MIF") submitted a letter seeking certain document discovery from BNYM. In two letters of March 31, BNYM and MIF opposed each other's requests. Having reviewed the parties' submissions, it is hereby

ORDERED that MIF's March 29 request for additional document

discovery from BNYM is denied.

IT IS FURTHER ORDERED that the request to adjourn the trial is denied. Trial in this action shall commence on May 30, 2023 at 9:30 a.m. in Courtroom 18B, 500 Pearl Street, New York, New York 10007. If this trial date creates exceptional personal inconvenience for the parties, they shall, by April 10, advise the Court of the relevant circumstances in a letter no longer than two pages filed on ECF.

IT IS FURTHER ORDERED that the request to extend the deadline to file the Joint Pretrial Order is denied. The Joint Pretrial Order is due on April 21, 2023. As explained in further detail in this Court's Individual Practices in Civil Cases, the parties shall file, with the Joint Pretrial Order, any motions in limine, including any motions to preclude the testimony of expert witnesses. Any responsive papers shall be due April 28.

Dated:   New York, New York
         April 3, 2023

                                      _____
                                              DENISE COTE
                                      United States District Judge