```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    17cv6424 (DLC)
MEXICO INFRASTRUCTURE FINANCE, LLC,      :
                                         :         ORDER
                           Plaintiff,    :
            -v-                          :
                                         :
THE CORPORATION OF HAMILTON, et al.,     :
                                         :
                           Defendants.   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On April 5, 2023, the parties submitted letters regarding their availability for trial. Having reviewed the parties' submissions, it is hereby

ORDERED that trial in this action shall commence on June 28, 2023 at 9:30 a.m. in Courtroom 18B, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that the Joint Pretrial Order is due on May 26, 2023. Any responsive papers shall be due June 2.

Dated:   New York, New York
         April 5, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge