UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
:                           17cv6424 (DLC)
MEXICO INFRASTRUCTURE FINANCE, LLC,  :
:                               ORDER
                        Plaintiff,   :
            -v-                      :
:
THE CORPORATION OF HAMILTON, et al., :
:
                        Defendants.  :
:
---------------------------------------- X

DENISE COTE, District Judge:

    The parties filed their Joint Pretrial Order on May 26, 2023. It is hereby

    ORDERED that the final pretrial conference in this case shall be held on June 16, 2023 at 2:00 p.m. in Courtroom 18B, 500 Pearl Street, New York, New York 10007.

Dated:    New York, New York
            May 30, 2023

                                        _____
                                            DENISE COTE
                                 United States District Judge