```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :    17cv6424 (DLC)
MEXICO INFRASTRUCTURE FINANCE, LLC,    :
                                       :         ORDER
                          Plaintiff,   :
           -v-                         :
                                       :
THE CORPORATION OF HAMILTON, et al.,   :
                                       :
                          Defendants.  :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

On May 26, 2023, the Bank of New York Mellon submitted a motion <u>in limine</u> to strike the expert reports of Saverio A. Lunetta. The plaintiff filed its opposition to the motion on June 2. A final pretrial conference is scheduled for June 16. For reasons to be articulated at the final pretrial conference, it is hereby

ORDERED that the motion to strike the expert reports of Saverio A. Lunetta is granted.

Dated:   New York, New York
         June 8, 2023

                                    _____
                                              DENISE COTE
                                    United States District Judge