```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    17cv6424 (DLC)
MEXICO INFRASTRUCTURE FINANCE, LLC,      :
                                         :        ORDER
                           Plaintiff,    :
              -v-                        :
                                         :
THE CORPORATION OF HAMILTON, et al.,     :
                                         :
                           Defendants.   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On July 5, 2023, an Opinion and Order was issued resolving the outstanding claims in this action. It is hereby

ORDERED that the parties shall submit, by July 7, a proposed schedule for resolving the amount of attorneys' fees owed to defendant Bank of New York Mellon.

Dated:   New York, New York
         July 5, 2023

                             _____
                                       DENISE COTE
                             United States District Judge