UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
MEXICO INFRASTRUCTURE FINANCE, LLC,      :    17cv6424 (DLC)
                                         :
                           Plaintiff,    :    ORDER
              -v-                        :
                                         :
THE CORPORATION OF HAMILTON, et al.,     :
                                         :
                           Defendants.   :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

On July 7, 2023, the parties submitted a proposed schedule for resolving the amount of attorneys' fees and costs owed to defendant Bank of New York Mellon ("BNYM"). It is hereby

ORDERED that BNYM's opening submission shall be due July 19, 2023. Any opposition shall be due August 2, and BNYM's reply shall be due August 9. At the time the reply is filed, BNYM shall provide the Court with two (2) courtesy copies of all motion papers by mailing or hand delivering them to the United States Courthouse, 500 Pearl Street, New York, NY 10007.

IT IS FURTHER ORDERED that this case will be referred to mediation. The Clerk of Court will contact the parties when a mediator has been selected.

Dated:    New York, New York
          July 7, 2023

                              _____
                                    DENISE COTE
                              United States District Judge