```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
MEXICO INFRASTRUCTURE FINANCE, LLC,       :
                                          :      17cv6424 (DLC)
                          Plaintiff,      :
               -v-                        :      ORDER
                                          :
THE CORPORATION OF HAMILTON, et al.,      :
                                          :
                          Defendants.     :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion was issued on July 5, 2023 in favor of defendant Bank of New York Mellon ("BNYM"). Mexico Infrastructure Finance, LLC v. Corp. of Hamilton et al., No. 17cv6424, 2023 WL 4348546, at *26 (S.D.N.Y. July 5, 2023). It is hereby

ORDERED that BNYM shall by October 11, 2023 file a proposed final judgment.

Dated:   New York, New York
         October 6, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge