UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
MEXICO INFRASTRUCTURE FINANCE, LLC,                           :
                                                              :
                              Plaintiff,                      :   No. 17-cv-06424 (DLC)
                                                              :
        v.                                                    :
                                                              :
THE CORPORATION OF HAMILTON and                               :   [PROPOSED] JUDGMENT
THE BANK OF NEW YORK MELLON,                                  :
                                                              :
                              Defendants.                     :
                                                              :
------------------------------------------------------------- X

**WHEREAS**, on July 19, 2017, plaintiff Mexico Infrastructure Finance, LLC ("MIF") commenced this action in the Supreme Court of New York, New York County, against defendants The Corporation of Hamilton ("Hamilton") and The Bank of New York Mellon ("BNYM");

**WHEREAS**, on August 23, 2017, Hamilton removed the action to this Court;

**WHEREAS**, on June 28, 2023, a non-jury trial was held on MIF's breach of contract claims against Hamilton and BNYM;

**WHEREAS**, by opinion and order dated July 5, 2023 (Dkt. 244), this Court ruled in favor of MIF and against Hamilton on MIF's breach of contract claim; and *against MIF on its claim against BNYM; and*

**WHEREAS**, by opinion and order dated October 6, 2023 (Dkt. 278), this Court determined that MIF is entitled to recover from Hamilton the sum of $12,549,216.60, plus interest thereon at the per annum rate of 9% from December 30, 2014 to the date of the judgment.

**IT IS HEREBY ORDERED and ADJUDGED**, that Judgment is entered in favor of *BNYM and is also entered in favor of* plaintiff Mexico Infrastructure Finance, LLC, with an address at 1560 Lenox Avenue, Suite 304, Miami Beach, Florida 33139, and against defendant The Corporation of Hamilton, with an address

at City Hall, 17 Church Street, Hamilton HM 11, P.O. Box HM 1175, Bermuda, HM EX, in the sum of $12,549,216.60, with prejudgment interest at the rate of nine percent (9%) per annum from December 30, 2014 to the date hereof in the amount of $ 9,923,507.91, together with costs and disbursements as taxed by the clerk; so that the amount of the judgment in favor of MIF and against defendant The Corporation of Hamilton is $ 22,472,724.51, and plaintiff Mexico Infrastructure Finance, LLC shall have judgment and execution on the judgment therefor.

Dated: October 11, 2023

_____
DENISE L. COTE
United States District Judge