```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
MEXICO INFRASTRUCTURE FINANCE, LLC,      :
                                         :        17cv6424 (DLC)
                    Plaintiff,           :
          -v-                            :        ORDER
                                         :
THE CORPORATION OF HAMILTON, et al.,     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On February 12, the plaintiff filed a motion for relief pursuant to 28 U.S.C. § 1610(c) and the Court's October 11, 2023 judgment. It is hereby

ORDERED that the Corporation of Hamilton shall file its opposition to the motion by February 26. Plaintiff's reply, if any, must be filed by March 4. At the time any reply is served, the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          February 13, 2024

                                   _____
                                            DENISE COTE
                                   United States District Judge